```
                                FILED
                                September 30, 2011
                                CLERK, US DISTRICT COURT
                                EASTERN DISTRICT OF
                                CALIFORNIA
                                DEPUTY CLERK
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:11-cr-379 MCE |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| PHAYLOTH CHANDAVONG, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Phayloth Chandavong</u>; Case <u>2:11-cr-379 MCE</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- ___   Release on Personal Recognizance

- ___   Bail Posted in the Sum of _____

- _X_   Unsecured Appearance Bond in the amount of $50,000.00, co-signed by defendant's sister Savyvanh Chandavong.

- ___   Appearance Bond with 10% Deposit

- ___   Appearance Bond secured by Real Property

- ___   Corporate Surety Bail Bond

- _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>9/30/2011</u> at <u>3:00 p.m.</u>

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge

```
               SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
                        MINUTE ORDER - HEADER/PROCEEDINGS

DEFENDANT NAME                                    DEF     XREF         CASE
CHANDAVONG PHAYLOTH                                1    3335727    11T01050 MUNI


CUSTODY STATUS: REM
DOB: 12/09/1977                                       DATE FILED: 02/16/2011
LEA: SACRAMENTO POLICE DEPARTMENT                     ARREST #: 09549124-01
BAIL SET:     $15,500.00
BAIL POSTED:                                          BOND #:

PROSECUTOR:                              DEFENSE: PUBLIC DEFENDER
                                         TYPE: PD


SECTION(S) VIOLATED:
        01/28/2011                       (CT 2)    VC  23152(B), WITH 1 PRIOR
                                         PRIORS:   02/04/09

        01/28/2011                       (CT 4)    VC  14601.5(A)
```

| DATE | JUDGE | DEPT | REL | CSR | PROCEEDINGS |
|------|-------|------|-----|-----|-------------|
| 092911 | FIORINI | 04 | REM | DR | PP/MOT TO RECALL BW/MOT TO RECALL SOC |
| 01:35 | | | | | · PD PRES |
| | | | | | · MOT TO RECALL SOC - GTD |
| | | | | | · MOT TO RECALL BW - GTD. |
| | | | | | Δ REM FW ON THIS MATTER & |
| | | | | | NUNC PRO TUNC CTS TO 9/13/11 – |
| | | | | | AS TO CT2: Δ OWES 15 DAYS CJCS; 10 CTS W/ 5 DAYS GOVT |
| | | | | | Δ DEEMED T/S AS TO CT2 = 15 DAYS |
| | | | | | AS TO CT 3: Δ OWES 10 DAYS CJCS; 7 CTS + 3 DAYS GOVT |
| | | | | | Δ DEEMED T/S AS TO CT3 = 10 DAYS. |
| | | | | | PROB REINST OTC'S |
| | | | | | Δ RE-REF TO SB38 |
| | | | | | STAY S/U TO ON OR BEFORE 10/31/11 |