```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PHAYLOTH CHANDAVONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>PHAYLOTH CHANDAVONG,<br><br>         Defendant.<br>_____ | No. 2:11-cr-379 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE<br><br>Date:  December 1, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's December 1, 2011 calendar, at the request of the defense, and be continued until January 12, 2012, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between October 20, 2011, through and including January 12, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

Counsel for the parties have agreed in principle to the outlines

of a non-trial disposition.  This continuance is requested in order to permit receipt of a written proposal and consult and review that proposed disposition with Mr. Chandavong.  The proposed date allows for the respective consults and approvals needed by both counsel and by their respective pre-existing schedules.

**IT IS SO STIPULATED.**

Dated:  November 22, 2011      /S/ Matthew Morris
                                Matthew Morris
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated:  November 22, 2011      /S/ Jeffrey L. Staniels
                                Jeffrey L. Staniels
                                Assistant Federal Defender
                                Counsel for Defendant
                                PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested continuance is granted.  For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: November 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2