```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PHAYLOTH CHANDAVONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-379 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE |
| ) | |
| PHAYLOTH CHANDAVONG, ) | Date:  March 8, 2012 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's March 8, 2012 calendar, at the request of the defense, and be continued until April 12, 2012, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between March 8, 2012, through and including April 12, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

Counsel for the parties have agreed to the outlines of a non-trial

disposition, and defense counsel has just presented a written offer to Mr. Chandavong. This continuance is requested in order to permit further consultation and review of that proposed disposition with Mr. Chandavong.

**IT IS SO STIPULATED**.

Dated:  March 6, 2012        /S/ Matthew Morris
                             Matthew Morris
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated:  March 6, 2012        /S/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested continuance is granted.  For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2