```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PHAYLOTH CHANDAVONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PHAYLOTH CHANDAVONG,<br><br>　　　　　Defendant. | No. 2:11-cr-379 MCE<br><br>STIPULATION AND ORDER CONTINUING CASE<br><br>Date:  April 26, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's April 26, 2012 calendar, at the request of the defense, and be continued until May 10, 2012, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between April 26, 2012, through and including May 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

Defense counsel has presented a written offer from the government

to Mr. Chandavong, which he has been considering. This continuance is requested in order to permit further consultation and review of that proposed disposition with Mr. Chandavong. The date selected also accommodates the unavailability of a family member of the defendant who wishes to attend the court proceedings.

**IT IS SO STIPULATED.**

Dated: April 25, 2012     /S/ Matthew Morris
                          Matthew Morris
                          Assistant United States Attorney
                          Counsel for Plaintiff

Dated: April 25, 2012     /S/ Jeffrey L. Staniels
                          Jeffrey L. Staniels
                          Assistant Federal Defender
                          Counsel for Defendant
                          PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested continuance is granted.  For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2