DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PHAYLOTH CHANDAVONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-379 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE |
| ) | |
| PHAYLOTH CHANDAVONG, ) | Date:  May 10, 2012 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's May 10, 2012 calendar, at the request of the defense, and be continued until May 17, 2012, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between May 10, 2012, through and including May 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

1  The parties have reached an agreement to resolve the case by way
2  of a change of plea and Mr. Chandavong has signed that agreement.  The
3  one week continuance is requested due to the unanticipated
4  unavailability of defense counsel who will be out of the district on
5  May 10-11, 2012.
6  **IT IS SO STIPULATED.**

8  Dated:  May 4, 2012         /S/ Matthew Morris
                               Matthew Morris
9                              Assistant United States Attorney
                               Counsel for Plaintiff

11 Dated:  May 4, 2012         /S/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
12                             Assistant Federal Defender
                               Counsel for Defendant
13                             PHAYLOTH CHANDAVONG

### O R D E R

The above stipulation of counsel is accepted, and the requested continuance is granted.  For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: May 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time     2