```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PHAYLOTH CHANDAVONG
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-379 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | SENTENCING |
| ) | |
| PHAYLOTH CHANDAVONG, ) | Date:  August 23, 2012 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant, that the above case, be dropped from this court's August 23, 2012 calendar, at the request of the defense, and be continued until October 11, 2012, at 9:00 a.m. for status of judgment and sentencing.

**IT IS FURTHER STIPULATED** that the following schedule of disclosure of the presentence report and any objections be followed:

Draft Presentence Report to be disclosed by          August 30, 2012

Objections, if any                                   September 13, 2012

| | |
|---|---:|
| Final Report | September 20, 2012 |
| Motions to Correct | September 27, 2012 |
| Reply Motions | October 4, 2012 |
| Hearing | October 11, 2012 |

**IT IS SO STIPULATED.**

Dated: August 21, 2012         /S/ Matthew Morris
                               Matthew Morris
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: August 21, 2012         /S/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested continuance is granted.  For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE