DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PHAYLOTH CHANDAVONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:11-cr-379 MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER MODIFYING |
| v. ) | CONDITIONS OF RELEASE |
| ) | |
| PHAYLOTH CHANDAVONG, ) | Date: October 11, 2012 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the conditions of Mr. Chandavong's release, CR 5 be modified to eliminate Condition No. 9 that Mr. Chandavong submit to random drug testing.

The court is advised that this modification is recommended by the Pretrial Services Office based on the lack of any positive test in the more than one year during which Mr. Chandavong has been tested, as well

1  as on Mr. Chandavong's successful completion of Pretrial's MRT program
2  and his continuing full compliance with his conditions of release.
3  **IT IS SO STIPULATED**.
4
5  Dated:  October 3, 2012          /S/ Matthew Morris
                                    Matthew Morris
6                                   Assistant United States Attorney
                                    Counsel for Plaintiff
7
8  Dated:  October 3, 2012          /S/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
9                                   Assistant Federal Defender
                                    Counsel for Defendant
10                                  PHAYLOTH CHANDAVONG
11
                                **O R D E R**
12
    The above stipulation of counsel is accepted, and the requested
13
   modification of conditions is granted
14
15 **IT IS SO ORDERED**.
16 DATED: October 3, 2012.
17
18                    _____
                      DALE A. DROZD
19                    UNITED STATES MAGISTRATE JUDGE
20
   dad1.crim
21 chandavong0329.stipord.modify.cor
22
23
24
25
26
27
28

Stipulation & Order
Continuing Case and Excluding Time     2