```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
PHAYLOTH CHANDAVONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00379 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| PHAYLOTH CHANDAVONG, | Date: January 31, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's January 31, 2013 calendar, at the request of the defense, and be continued one week until February 7, 2013, at 9:00 a.m. for status of judgment and sentencing.

This continuance is sought to accommodate the unavailability of defense counsel due to an out of district personal commitment. The Speedy Trial Act is not implicated by this post guilty plea request.

///

///

1  **IT IS SO STIPULATED**.

3  Dated:  January 22, 2013        /S/ Matthew Morris
                                   Matthew Morris
4                                  Assistant United States Attorney
                                   Counsel for Plaintiff

6  Dated:  January 22, 2013        /S/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
7                                  Assistant Federal Defender
                                   Counsel for Defendant
8                                  PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested continuance is granted.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

Stipulation & Order Continuing Case        2