JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PHAYLOTH CHANDAVONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-cr-00379 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE |
| ) | |
| PHAYLOTH CHANDAVONG, ) | Date:  February 7, 2013 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's February 7, 2013 calendar, at the request of the defense, and be continued two weeks until February 21, 2013, at 9:00 a.m. for status of judgment and sentencing.

This continuance is sought to permit final consultation with Mr. Chandavong which was delayed due to defense counsel's personal schedule. The Speedy Trial Act is not implicated by this post guilty plea request.

**IT IS SO STIPULATED.**

```
Dated:   February 5, 2013         /S/ Matthew Morris
                                  Matthew Morris
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated:   February 5, 2013         /S/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  PHAYLOTH CHANDAVONG
```

**ORDER**

The above stipulation of counsel is accepted, and the requested continuance is granted.

**IT IS SO ORDERED.**

Dated:   February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE