# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Morrison C. England, Jr.
United States District Judge
Sacramento, California

**RE: PHAYLOTH CHANDAVONG**
**Docket Number:  2:11CR00379-1**
**<u>SUPPLEMENT TO JUDGMENT</u>**

Your Honor:

On May 17, 2012, Phayloth Chandavong pled guilty to the single-count Indictment charging Theft from Credit Union, in violation of 18 U.S.C. § 657.

On February 21, 2013, Mr. Chandavong was sentenced to 12 months and 1 day imprisonment, to be followed by a 24 month term of supervised release.  He was also ordered to pay $30,800 in restitution to CUNA Mutual Group (CUNA).

Mr. Chandavong began his term of supervised release on February 11, 2014.  He completed his term of supervised release on February 10, 2016.

On April 15, 2019, staff in the financial office of the District Court Clerk's Office brought to light that according to a person handling the account from CUNA (the originally identified victim), Mr. Chandavong caused a loss to her employer, Golden 1 Credit Union, who CUNA insures. Golden 1 Credit Union filed a claim (#B0899811) with CUNA; however, it was not a claim that CUNA paid.   Therefore, Golden 1 Credit Union ultimately suffered the loss caused by Mr. Chandavong and not CUNA.  As a result, the undersigned probation officer is requesting to substitute the victim on the judgment from CUNA Mutual Group to Golden 1 Credit Union located at 8945 Cal Center Drive, Sacramento, California 95826.

The undersigned probation officer, in consultation with Assistant United States Attorney Matthew Morris and financial staff in the Clerks' office, request the Court adopt this memorandum as a Supplement to the Judgment and Commitment order dated February 21, 2013, to reflect the restitution amount of $30,800 be paid to Golden 1 Credit Union.  Defense counsel has not been able to contact the defendant, and thus stated she cannot agree to a modification of restitution

order. Defense counsel also stated she is not aware of law that allows for a modification of a final judgment and order in this instance.

Should Your Honor require any additional information, please contact the undersigned at Your Honor's earliest convenience.

Respectfully submitted,



**SCOTT STOREY**
**Supervising United States Probation Officer**

Dated: June 4, 2019
      Sacramento, California

---

**ORDER OF THE COURT**

        ☒    Approved    ☐    Disapproved

Dated:  June 5, 2019

                          MORRISON C. ENGLAND, JR
                          UNITED STATES DISTRICT JUDGE

cc:    Matthew Morris                          Hannah Labaree
       Assistant United States Attorney         Defense Counsel